# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JOSUE ISAAC RODAS GODINEZ,** | § § | |
| Petitioner, | § § | |
| v. | § § | EP-20-CV-107-KC |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, COREY PRICE, MATTHEW ALBENCE, CHAD WOLF, WILLIAM BARR, U.S. DEPARTMENT OF JUSTICE, and JOHN F. BASH,** | § § § § § § § § | |
| Respondents. | § | |

## ORDER

On April 24, 2020, Josue Isaac Rodas Godinez ("Petitioner") filed a Motion to Proceed in Forma Pauperis, ECF No. 1, and a Class Action Complaint and Petition for Writ of Habeas Corpus (the "Petition"), ECF No. 1-1.

It is hereby **ORDERED** that Petitioner's Motion to Proceed in Forma Pauperis is **GRANTED.**

**IT IS FURTHER ORDERED** that Respondents file a response to the Petition by no later than May 11, 2020.

Petitioner may file a reply, provided it is filed no later than seven (7) days after the date of service of the Respondent's responsive pleading.

**IT IS FURTHER ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in El Paso, Texas, with copies of the Petition and the instant Order, and that such delivery shall constitute sufficient service of process.

**IT IS FURTHER ORDERED** that Respondents and/or their agents or anyone else acting on their behalf shall notify this Court prior to taking any action to transfer Petitioner from the Otero County Processing Center.

**SO ORDERED.**

SIGNED this 27th day of April, 2020.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE